IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

LTG, LLC,                                              Case No. 2:18-bk-01936-FMD

_____Debtors._____/

## TRUSTEE'S AMENDED[1] MOTION TO
## APPROVE COMPROMISE OF CONTROVERSY

COMES NOW Robert E. Tardif, Jr. (the "Trustee"), as Chapter 7 Trustee of the bankruptcy estate of LTG, LLC (the "Debtor"), and hereby files this Motion to Approve Compromise of Controversy with Courtney Leasing, Inc., Par Land Development, LLC, Marple Fleet Leasing, LLC, Union Leasing, Inc., Commercial Fleet Capital, LLC and Stichter, Riedel, Blain & Postler, P.A. (the "Administrative Claimants"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule(s)") and Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and states in support thereof as follows:

---

Notice of Hearing in the Event Objection is Filed

If an Objection is filed to this Motion, a Preliminary Hearing case will be held on **April 22, 2021 at 10:30 a.m.** to consider and act upon the following matter and transact such other business that may come before the Court: **Trustee's Motion to Approve Compromise of Controversy.**

1.  The hearing shall take place via Zoom.
2.  Register for Zoom meeting at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/.
3.  Parties that wish to listen only, who do not anticipate active participation or who lack technology to participate by video may participate via CourtCall by calling (866-582-6878) for Judges Delano, Funk, Jackson, Jennemann, Mcewen, and Vaughn, or through Court Solutions (www.Court-Solutions.Com) for Judges Williamson and Colton and following the procedures for telephonic appearances posted in the Procedure Manual on the Court's website. To clarify, direct or cross examination of a witness is active participation. No participant may question a witness or make an evidentiary objection using CourtCall or Court Solutions.
4.  The hearing may be continued upon announcement made in open court without further notice.

---

## A.    Bankruptcy Case

1.    On March 14, 2018, the Debtor filed a Chapter 11 bankruptcy case. On April 6, 2018, the Court entered an Order converting the case to Chapter 7 and Robert E. Tardif Jr. was appointed as Trustee.

---

[1]    The Trustee is amending the original motion due to the omission of administrative expense claims approved by the Court for Ace Rent A Car Reservations, Inc., as part of a previous compromise (Doc. No. 199).

2.      The Debtor operated a rental car business from locations in Fort Myers, Orlando, and Denver.

3.      From April 6, 2018 through mid-May 2018 the Trustee worked with a reduced staff of employees of the Debtor at the three locations to accept the return of all vehicles that were rented prior to conversion and to arrange for the various car leasing companies to take possession of the vehicles.

4.      After the case converted from Chapter 11 to Chapter 7, the Trustee did not authorize any new rentals of vehicles and did not honor any existing reservations made prior to conversion. Any and all vehicles that were rented by customers were already on the road when the case converted to Chapter 7.

5.      After the case converted to Chapter 7, various creditors of the company filed motions for allowance of administrative expenses. The Trustee's assumption was that the creditors' administrative expense claims related to the Chapter 11 portion of the case.

6.      For clarity, on September 25, 2020, the Trustee filed a motion requesting that the Court establish a deadline for creditors to file motions requesting administrative expense claims regarding the Chapter 7 portion of the case. Moreover, if creditors sought administrative expenses in both the Chapter 11 and Chapter 7 portions of the case the Trustee requested that those expenses be separately stated.

7.      The Court previously entered an Order approving a compromise between the Trustee and Ace Rent A Car Reservations, Inc., that granted Ace a Chapter 7 administrative expense claim in the amount of $125,709.45 and a Chapter 11 administrative expense claim in the amount of $181,450.44.

2

8.     The following are the pending and unresolved Motions for Allowance of Administrative Expenses:

| Creditor | Doc. No. | Chapter 11 Request | Chapter 7 Request |
|----------|----------|--------------------|--------------------|
| Courtney Leasing, Inc. | 236 | $223,869.60 | $922,566.98 |
| Par Land Development, LLC | 140 | $15,000.00 | $15,000.00 |
| Marple Fleet Leasing, LLC | 141 | $387,110.47 | |
| Union Leasing, Inc. | 235 | $175,861.37 | $340,896.06 |
| Commercial Fleet Capital, LLC | 234 | $143,492.30 | $159,583.75 |
| Stichter, Riedel, Blain & Postler | 163 | $52,418.48 | |

9.     On January 19, 2021, the Trustee filed a Response to Motions for Allowance of Administrative Expenses (Doc. No. 252). Although the Trustee generally believed that the Administrative Claimants should be allowed an administrative expense the Trustee disputed the amounts to be allowed.

B.     **Settlement Terms**

10.     The Trustee and the Administrative Claimants have reached a proposed resolution that will allow the respective administrative expense claims in the stated amounts stated below with respect to the Chapter 7 and Chapter 11 portions of the case.

11.     With respect to pending and unresolved Chapter 7 administrative expense claims, the following Administrative Claimants shall have allowed administrative expense claims as follows:

| Creditor | Allowed Chapter 7 Administrative Expense Claim |
|---|---|
| Courtney Leasing, Inc. | $246,272.56 |
| Par Land Development, LLC | $15,000.00 |
| Union Leasing, Inc. | $243,670.86 |
| Commercial Fleet Capital, LLC | $159,583.75 |

12.     The above Administrative Claimants and Ace Rent A Car Reservations, Inc., shall share, pro rata, the total amount of $445,000.00. As a result, the Chapter 7 Administrative Claimants shall be entitled to receive the following amounts:

| Creditor | Share of Non-Trustee Chapter 7 Administrative Expense Pool |
|---|---|
| Courtney Leasing, Inc. | $138,681.61 |
| Par Land Development, LLC | $8,446.83 |
| Union Leasing, Inc. | $137,216.54 |
| Commercial Fleet Capital, LLC | $89,865.20 |
| Ace Rent A Car Reservations, Inc. | 70,789.82 |

13.     With respect to Chapter 11 administrative expense claims, the following

Administrative Claimants shall have allowed administrative expense claims as follows[2]:

| Creditor | Allowed Chapter 11 Administrative Expense Claim |
|---|---|
| Courtney Leasing, Inc. | $289,059.96 |
| Par Land Development, LLC | $21,553.16 |
| Union Leasing, Inc. | $259,075.98 |
| Commercial Fleet Capital, LLC | $213,210.85 |
| Marple Leasing, LLC | $250,761.58 |
| Stichter, Riedel, Blain & Postler | $52,418.48 |
| Ace Rent A Car Reservations, Inc. | $181,450.44 |

## C.     Governing Law

35.     In *In re Soderstrom*, 477 B.R. 249, 252 and 255 (Bankr. M.D. Fla. 2012), this Court

set forth the standard and considerations governing whether to grant or deny a motion to

compromise and stated as follows:

> The Eleventh Circuit in *In re Justice Oaks, II, Ltd.* established the following
> factors to determine the fairness and reasonableness of a proposed settlement: (a)
> the probability of success in the litigation; (b) the difficulties, if any, to be
> encountered in the matter of collection; (c) the complexity of the litigation
> involved, and the expense, inconvenience and delay necessarily attending it; (d)
> the paramount interest of the creditors and a proper deference to their reasonable
> views in the premises. A trustee must make a comprehensive examination of the
> underlying facts and prove a settlement agreement is reasonably beneficial to an
> estate. A court is not required to decide the merits of each claim or hold a 'mini
> trial' of the underlying litigation but must have enough information to evaluate
> the reasonableness of a trustee's proposed settlement. When the potential

---

[2]     The Trustee believes the Chapter 7 Administrative Claimants will receive the amounts reflected in Paragraph 11. Although Chapter 11 claims are allowed, full payment is not expected.

5

augmentation of a bankruptcy estate 'involves protracted investigation or potentially costly litigation, with no guarantee as to the outcome, the trustee must tread cautiously, and an inquiring court must accord him wide latitude in deciding whether to settle. . . . A settlement necessarily vitiates the need to decide the merits of each underlying argument to promote judicial efficiency and foster cooperation among the parties in resolving complex cases such as this.

(Citations and internal quotation marks omitted).

36.     Bankruptcy Rule 9019(a) grants the Court the power to approve settlements and compromises. *GMGRSST, Ltd. v. Menotte (In re Air Safety Int'l, L.C.)*, 336 B.R. 843, 852 (S.D. Fla. 2005). Specifically, Bankruptcy Rule 9019 states:

(a)     **Compromise.** On motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement. Notice shall be given to creditors, the United States trustee, the debtor, and indenture trustees as provided in Rule 2002 and to any other entity as the court may direct.

Fed. R. Bankr. P. 9019.

37.     "[T]he Bankruptcy court has broad discretion to approve a compromise." *In re Bicoastal Corp.*, 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993). Settlements or compromises should be approved unless they "fall below the lowest point in the range of reasonableness." *Id.*

38.     "[B]ankruptcy court[s] [are] not required to rule on the merits, and must look only to the probabilities." *Romagosa v. Thomas (In re Van Diepen, P.A.)*, 236 Fed. Appx. 498, 504 (11th Cir. 2007). Appellate courts review a bankruptcy court's approval of a settlement or compromise to determine whether there is a clear showing that the bankruptcy court abused its discretion. *In re Van Diepen, P.A.*, 236 Fed. Appx. at 504.

D.     *Justice Oaks* **Factors**

39.     <u>Probability of success in the litigation</u>: The Trustee believes that he would succeed in the effort to reduce the amounts of the administrative expense claims originally requested by the Administrative Claimants. The Administrative Claimants dispute the Trustee's position regarding the allowable components of their claims. In the absence of approval of this proposed

resolution, however, the issues could not be resolved without substantial discovery and a trial on the separate claims.

40.     <u>Difficulties, if any, to be encountered in the matter of collection</u>: The Trustee does not believe this factor is applicable to this matter.

41.     <u>Complexity of the litigation involved and the expense, inconvenience and delay necessarily attending the litigation</u>:  The Trustee believes that there may be issues of fact and law, not all of which are relatively straightforward. The issues would be fact-intensive and are, therefore, not susceptible to resolution on summary judgment.  Time and expense would be incurred to conduct additional discovery and a trial.

42.     <u>Paramount interest of the creditors and a proper deference to their reasonable views in the premises</u>:  The agreed resolution will eliminate further expense to the estate regarding this issue.

**E.     Conclusion**

**WHEREFORE,** the Trustee respectfully requests the Court to enter an Order: (i) granting this Motion to Compromise and approving the Settlement Agreement pursuant to Bankruptcy Rule 9019(a) and Bankruptcy Code Section 105(a); (ii) authorizing the Parties to take any and all actions and to execute any and all documents deemed necessary or appropriate to implement and effectuate the terms of the settlement; and (iii) providing such further relief as the Court may deem just and proper.

*Certificate of Service*

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished **Electronically** to the Assistant United States Trustee, Stephen R. Leslie and those appearing in this case who are registered with CM/ECF and by **Regular U.S. Mail** to LTG, LLC, 14500 Global Parkway, Fort Myers, FL 33913 and those creditors and parties in interest on the attached matrix on April 15, 2021 that are required to be served pursuant to Local Rule 2002-1(c).

/s/ Robert  E.  Tardif  Jr.
Robert E. Tardif Jr., Esquire
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756
Email: rtardif@comcast.net

Label Matrix for local noticing
113A-2
Case 2:18-bk-01936-FMD
Middle District of Florida
Ft. Myers
Thu Apr 15 09:28:50 EDT 2021

5757 South Semoran Blvd., LLC
P.O. Box 621115
Orlando, FL 32862-1115

ACE RENT A CAR RESERVATIONS, INC.
Roetzel & Andress, LPA
c/o Paul A. Giordano
2320 First Street
Suite 1000
Fort Myers, FL 33901-2904

ACT Leasing, Inc.
c/o Patrick M. Mosley
Hill Ward Henderson
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602-5195

ALAS LEASING
C/O Pereda Law Firm, LLC
14629 SW 104 Street, #434
Miami, FL 33186-2905

AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS NATIONAL BANK
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Louis X. Amato
Louis X. Amato, P.A.
28209 Jewel Fish Lane
Bonita Springs, FL 34135-8639

Caryl E. Delano
Tampa
, FL

Greater Orlando Aviation Authority
One Jeff Fuqua  Blvd
Orlando, FL 32827-4392

Johnston Law, PLLC
c/o Richard Johnston, Jr.
7370 College Parkway, Suite 207
Fort Myers, FL 33907-5558

Soneet Kapila
1000 South Federal Highway
Suite 200
Ft. Lauderdale, FL 33316-1237

LTG LLC
14500 Global Parkway
Fort Myers, FL 33913-8888

Edward C Lanter
Lanter & Associates, LLC
5752 Cheviot Rd, Suite A
Cincinnati, OH 45247-7100

Lee County Tax Collector
Post Office Box 850
c/o Legal Department
Fort Myers, FL 33902-0850

Gary Lewis
c/o Jonathan Vine
Cole Scott & Kissane
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401-6146

Patrick Lewis
c/o Jonathan Vine
Cole Scott & Kissane
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401-6146

Marple Fleet Leasing, LLC
c/o Tripp Scott, P.A.
Suite 1500
Fort Lauderdale, FL 33301

Pacifico Marple, LLC
c/o Tripp Scott, P.A.
Suite 1500
Fort Lauderdale, FL 33301

Par Land Development, LLC
1186 South Street
Suffield, CT 06078-2520

Philadelphia Indemnity Insurance Company
PO Box 3636
Bala Cynwyd, PA 19004-3636

Robert F Rabin
Thompson Coburn LLP
55 E Monroe Street 37th Floor
Chicago, IL 60603-6029

Sanibel Captiva Community Bank
7500 College Parkway
Fort Myers, FL 33907-5500

The Bancorp
Orlando
626 Jacksonville Road, Suite 205
Philadelphia, PA 19103

Union Leasing, Inc.
c/o Matthew A. Olins
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433

UnitedHealthcare Insurance Company
c/o Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

VIP Realty Group
Deborah B. Smith
1560 Periwinkle Way
Sanibel, FL 33957-4519

Western Environmental, LLC
15600 East 19th Ave.
Suite C
Aurora, CO 80011-4632

Western Fleet Fueling Servcies, LLC
15600 East 19th Ave.
Unit C
Aurora, CO 80011-4632

Your Location Lubrication, LLC
215 S. Monroe St., Suite 200
Tallahassee, FL 32301-1852

5757 S. Semoran Blvd., LLC
P.O. Box 621115
Orlando, FL 32862-1115

5757 South Semoran Blvd., LLC
c/o Christopher J. Wilson, Esq.
Marchena & Graham, P.A.
976 Lake Baldwin Lane, Suite 101
Orlando, FL 32814-6687

ACE RENT A CAR RESERVATIONS, INC.
c/o Paul A. Giordano, Esq.
Roetzel & Andress, LPA
2320 First Street, Suite 1000
Fort Myers, Florida 33901-2904

ACT Leasing Services, Inc.
c/o Patrick M. Mosley, Esq.
Hill Ward Henderson
101 E. Kennedy Blvd, Suite 3700
Tampa, FL 33602-5195

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO,
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

Ace Reservations, Inc.
4529 W. 96th St.
Indianapolis, IN 46268-3107

Act Leasing Services, Inc.
215 Salem St., #10
Woburn, MA 01801-2070

Alas Leasing
936 NW 132nd Ave.
Fort Lauderdale, FL 33325-1340

Ali ABDELRAHMAN`
ALI ABDELRAHMAN
5942 BENT PINE DR
APT 441
ORLANDO, FL 32822-3349

Ali Alakbi
288 S Newark Cir
Aurora, CO 80012-1235

Alliance One
P.O. Box 11641
Tacoma, WA 98411-6641

Amanda Marischen
1701 W Court Pl.
Alva, FL 33920-3407

American Express Bank, FSB
4315 S. 2700 West
Salt Lake City, UT 84184-0001

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Autoglassnow
1276 W. Grand Ave.
Oakland, CA 94607-2323

BME Towing
6847 Hanging Moss Rd.
Orlando, FL 32807-5326

BanCorp
626 Jacksonville Rd.. #205
Warminster, PA 18974-4872

Barbara Lutz
6655 Wakefield Drive
Fort Myers FL 33966-1550

Best Line Oil, Inc.
219 N. 20th St.
Tampa, FL 33605-6015

Black Rhino
Western Environmental, LLC
15600 E. 19th St., #C
Aurora, CO 80011-4632

Bluebird Auto
200 Mineral Springs Dr.
Dover, NJ 07801-1636

Briggs Distributing
P.O. Box 530075
Orlando, FL 32853-0075

Central Florida Realty
5728 Major Blvd., #309
Orlando, FL 32819-7969

Central Florida Wash Systems
P.O. Box 92424
Lakeland, FL 33804-2424

Chemstation of the Rockies
5015 Paris St.
Denver, CO 80239-2808

City of Aurora
15151 E. Alameda Pkwy., #5300
Aurora, CO 80012-1555

City of Aurora
Hanosky Hernandez
15151 E Alameda Pkwy #5300
Aurora, CO 80012-1555

City of Aurora
Tax & Licensing
15151 E. Alameda Pkwy., #1100
Aurora, CO 80012-1555

Colorado Department of Revvenue
Colorado Department of Revenue
1375 Sherman St, Rm 504
Attn: Bankruptcy Department
Denver, CO 80261-0004

Colorado Dept. of Revenue
Denver, CO 80261-0013

Commercial Collection Corp of NY
34 Seymour St.
Tonawanda, NY 14150-2126

Commercial Fleet Capital
350 Bishops Way
Brookfield, WI 53005-6221

Commercial Fleet Capital
c/o Brian Hockett
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, MO 63101-1693

Corporate Service Co., as Representative
P.O. Box 2576
Springfield, IL 62708-2576

Courtney Leasing, Inc.
8126 Benrus St.
Orlando, FL 32827-5074

D. Brooks and Associates CPA's P.A.
David Brooks
8918 Marlamoor Lane
WEST PALM BEACH, FL 33412-1601

D. Brooks and Associates CPA's, P.A.
4440 PGA Blvd., #104
Palm Beach Gardens, FL 33410-6550

Dawn Giebler-Millner, Esq.
450 S. Orange Ave., #650
Orlando, FL 32801-3311

Denver International Airport
Attn: Airport Revenue Fund
P.O. Box 492065
Denver, CO 80249

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Direct Towing Service
1501 Pine Ave.
Orlando, FL 32824-7906

Dynamic Towing
6408 Old Cheney Hwy.
Orlando, FL 32807-3655

Elite Hygiene and Sanitation
2814 Miracle Pkwy.
Cape Coral, FL 33914-3700

Everyday Maintenance
6900-29 Daniels Pkwy., #310
Fort Myers, FL 33912-7522

Fast Oil
P.O. Box 276
Brighton, CO 80601-0276

Firestone
Payment Center
P.O. Box 403727
Atlanta, GA 30384-3727

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Florida Department of Revenue
Orlando Service Center
400 W. Robinson St., #N302
Orlando, FL 32801-1759

Florida Turnpike Enterprise
P.O. Box 865509
Orlando, FL 32886-5509

Ford Motor Company
Thomas M. Byrne
Eversheds Sutherland (US) LLP
999 Peachtree St., NE, Suite 2300
Atlanta, GA 30309-3996

GOAA
P.O. Box 864634
Orlando, FL 32886-4634

Genaire Gonzalez Figueroa
13438 Assembly Ct #3414
Orlando, FL 32837-3364

Glass America Ft. Myers
13081 Metro Pkwy., #1
Fort Myers, FL 33966-4700

Glass Works
5042 W. Fremont Dr.
Littleton, CO 80128-6435

Greater Orlando Aviation Authority
c/o Anne van den Berg Esq.,
976 Lake Baldwin Lane, Ste 101
Orlando, FL 32814-6687

Greater Orlando Aviation Authority
c/o Anne van den Berg, Esq.
975 Lake Baldwin Lane
Suite 101
Orlando, FL 32814

HI Land, LLC
c/o Andrew Flynn, Esq.
16 Market Square, 6th Floor
1400 16th St.
Denver, CO 80202-1470

Hata, Inc.
231 Moorestown Dr.
Bath, PA 18014-1405

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Truck & Auto, Inc.
753 Champion Dr.
Windsor, CO 80550-7259

Johnson's Wrecker Service
500-580 Wilmer Ave.
Orlando, FL 32808-7634

Kar Express
3568 Peoria St., #609
Aurora, CO 80010-1413

LGBS, LLP
P.O. Box 70218
San Antonio, TX 78270-2118


Lee County Port Authority
Southwest Florida Intl. Airport
11000 Terminal Access Rd., #8671
Ft. Myers, FL 33913-8213

Lee County Tax Collector
C/o Legal Department
PO Box 850
Fort Myers, FL 33902-0850

Lee County Tax Collector
P.O. Box 1609
Fort Myers, FL 33902-1609


Lee County Tax Collector
c/o Luis E. Rivera II
1404 Dean St., Suite 300
Fort Myers, FL 33901-2858

Lee County Utilities
P.O. Box 60045
Prescott, AZ 86304-6045

Linebarger Goggan Blair & Sampson LLP
Box 70218
San Antonio, TX 78270-2118


MVI Field Services
1668 Mallory Lane
Brentwood, TN 37027-7930

Managed Labor Solutions
P.O. Box 219
Prince George, VA 23875-0219

Marple Fleet Leasing, LLC
Charles M. Tatelbaum, Esq.
Tripp Scott, P.A.
110 S.E. 6th Street - 15th Floor
Fort Lauderdale, FL 33301-5004


Marple Leasing
3015 West Chester Pike
Broomall, PA 19008-1309

Martin's Janitorial Services
1806 33rd St., #180
Orlando, FL 32839-8846

Massey
P.O. Box 547668
Orlando, FL 32854-7668


Meer Azam
13349 Mallard Cove Blvd
Orlando, FL 32837-5343

Mike Albert Leasing
10381 Evendale Dr.
Cincinnati, OH 45241-2513

Mike Hansen
100 W. Grant Street # 2062
Orlando, FL 32806-3963


Mile High Pressure Washers
P.O. Box 211374
Denver, CO 80221-0392

NYS Thruway Authority
200 Southern Blvd
Albany, NY 12209-2098

NetPark
1182 Claycraft Rd.
Columbus, OH 43230-6640


OUC
P.O. Box 31329
Tampa, FL 33631-3329

Orlando Financial Services
25 Technology Pkwy S., #201
Norcross, GA 30092-2946

P. Ferran Services & Contracting
Attn: A/R
530 Grand St.
Orlando, FL 32805-4731


Pacifico Marple Ford
3015 West Chester Pike
Broomall, PA 19008-1392

Pacifico Marple, LLC
c/o Tripp Scott, P.A.
110 S.E. 6th Street, Suite 1500
Fort Lauderdale, FL 33301-5039

Park Dia
4500 Cherry Creek Dr. S., #550
Denver, CO 80246-1518


PeopleReady
1015 A St.
Tacoma, WA 98402-5122

Pit Stop Auto Repair
1841 Tamiami Trail S.
Venice, FL 34293-3128

(p)PRIORITY PAYMENT SYSTEMS LLC
ATTN LEGAL DEPARTMENT- SHAMIKA SPENCE
2001 WESTSIDE PARKWAY SUITE 155
ALPHARETTA GA 30004-8905

Property Damage Appraisers
Box 471909
Fort Worth, TX 76147-1909

Reinalt-Thomas Corp./Discount Tires
P.O. Box 29851
Phoenix, AZ 85038-9851

Reliable Services Group
2651 N. Design Ct.
Sanford, FL 32773-8119

Rex Auto
1451 W. Landstreet Rd., #202
Orlando, FL 32824-8096

Rhinehart Oil Co., Inc.
P.O. Box 418
American Fork, UT 84003-0416

Ronco Property Maintenance
3810 Little Creek Dr.
Fort Myers, FL 33905-6428

Sakaem Logistics, LLC
Marquette Transportation Finance,. LLC
P.O. Box 1450
Minneapolis, MN 55485-1450

Sanibel Captiva Community Bank
2475 Library Way
Sanibel, FL 33957-3215

Sanibel Captiva Community Bank
c/o Douglas B Szabo
P. O. Box 280
Fort Myers, FL  33902-0280

Sanibel Captiva Community Bank
c/o Douglas B Szabo, Esq
Henderson Franklin Starnes Holt PA
PO Box 280
Fort Myers FL 33902-0280

Smart Technology
5278 Woodsmere Lane
Herriman, UT 84096-7004

Steve's Septic Service
14532 E. Tufts Ave.
Aurora, CO 80015-1227

TWINS TOWING, LLC
4775 CRYSTAL ST.
DENVER, CO 80239-4935

Tarpon Point Property Owners' Associati
c/o Roetzel & Andress, LPA
2320 First Street, Suite 1000
Fort Myers, Florida 33901-2904

Tire Kingdom
P.O. Box 205245
Dallas, TX 75320-5245

Transworld Systems
MTA Bridges and Tunnels
P.O. Box 15618
Wilmington, DE 19850-5618

Transworld Systems
P.O. Box 17221
Wilmington, DE 19850-7221

Tynan's
780 S. Havana
Aurora, CO 80012-3014

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Union Leasing, Inc.
c/o Danielle Rundlett Burns, Esq.
1875 NW Corporate Boulevard, Suite 300
Boca Raton, FL 33431-8561

Union Leasing, Inc.
c/o Matthew A. Olins, Esq.
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601-1011

Union Leasing, Inc.
c/o Matthew A. Olins, Esq.
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433

United Rental Group
1501 NW 49th St., #180
Fort Lauderdale, FL 33309-3788

UnitedHealthcare Insurance Company
UHC CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

Universal Towing & Recovery
8808 FL Rock Rd., Lot 102
Orlando, FL 32824

VM Distributors
1045 Pine St.
Orlando, FL 32824-8342

Vaco
485 N. Keller Rd., #451
Maitland, FL 32751-7506

Vaco Orlando, LLC
c/o Leigh Caylor
5410 Maryland Way, Ste 460
Brentwood, TN 37027-5064

WEX Bank/RaceTrac Elite
P.O. Box 6293
Carol Stream, IL 60197-6293

Wagner Equipment Company
Attn Terri Cook
18000 Smith Road
Aurora CO 80011-3511

Wagner Rents
P.O. Box 91121
Denver, CO 80291-0001

WastePro
13110 Rickenbacker Pkwy
Fort Myers, FL 33913-8847

Western Environmental
6820 Roosevelt Ave.
Franklin, OH 45005-5735


Western Fleet Services
15600 E. 19th Ave., Unit C
Aurora, CO 80011-4632

Williams and Stazzone
99 N. Atlanic Ave.
Cocoa Beach, FL 32931-2903

Your Location Lubrication, LLC
330 E Oak Ridge Rd
Orlando, FL 32809-4168


Louis X Amato +
Louis X Amato, PA
28209 Jewel Fish Lane
Bonita Springs, FL 34135-8639

Charles M Tatelbaum +
Tripp Scott
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301-5004

Richard A Johnston Jr.+
Johnston Law, PLLC
7370 College Parkway, Suite 207
Fort Myers, FL 33907-5558


Robert E Tardif Jr.+
Trustee
Post Office Box 2140
Fort Myers, FL 33902-2140

Noel R Boeke +
Holland & Knight LLP
Post Office Box 1288
Tampa, FL 33601-1288

John B Hutton +
Greenberg Traurig PA
333 Avenue of the Americas
Suite 4400
Miami, FL 33131-3238


Benjamin E. Lambers +
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Douglas B Szabo +
Henderson, Franklin, Starnes & Holt PA
PO Box 280
Ft. Myers, FL 33902-0280

Robert E Tardif, Attorney for Trustee +
Robert E. Tardif, Jr., P.A.
Post Office Box 2140
Fort Myers, FL 33902-2140


United States Trustee - FTM +
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602-3949

Leslie S White +
Dean, Mead, Egerton, Bloodworth, Capouan
800 N. Magnolia Avenue, Suite 1500
Orlando, FL 32803-3269

Stephen R Leslie +
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718


Camille J Iurillo +
Iurillo Law Group, P.A.
5628 Central Avenue
St. Petersburg, FL 33707-1718

Luis E Rivera II+
GrayRobinson, P.A.
1404 Dean Street, Suite 300
Fort Myers, FL 33901-2858

Christopher J Wilson +
Marchena and Graham PA
976 Lake Baldwin Lane
Suite 101
Orlando, FL 32814-6687


Robert F Elgidely +
Fox Rothschild LLP
2 South Biscayne Boulevard, Suite 2750
Miami, FL 33131-1833

Patrick Mosley +
Hill, Ward, Henderson
101 E. Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL 33601-2231

Theodore R Walters +
Porter Wright Morris & Arthur, LLP
9132 Strada Place, Third Floor
Naples, FL 34108-2942


Paul Anthony Giordano +
Roetzel & Andress, LPA
2320 First Street, Suite 1000
Fort Myers, FL 33901-2904

Michael J Hooi +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison St. Ste. 200
Tampa, FL 33602-4718

Shannon M. Puopolo +
Henderson Franklin Starnes & Holt PA
1715 Monroe Avenue
PO Box 280
Fort Myers, FL 33902-0280


S Jonathan Vine +
Cole Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401-6146

Jennifer A. Nichols +
Roetzel & Andress
850 Park Shore Drive, Ste 300
Trianon Center, 3rd Floor
Naples, FL 34103-3587

Robert F Elgidely, Attorney for Trustee +
Genovese Joblove & Battista, P.A.
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, FL 33301-3535

Ryan J Weeks +
Mills, Paskert, Divers
100 North Tampa Street, Suite 3700
Tampa, FL 33602-5835

Robert Pereda +
Rob Law, PLCC
13418 SW 128 Street
Miami, FL 33186-5800

Michael A Friedman +
Genovese Joblove & Battista, P.A.
100 North Tampa Street, Suite 2600
Tampa, FL 33602-5810

Mark F Robens +
Stichter, Riedel, Blain & Postler, PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Danielle R Burns +
Duane Morris LLP
1875 NW Corporate Blvd, Suite 300
Boca Raton, FL 33431-8561

Eric D Jacobs +
Genovese Joblove & Battista, P.A.
100 North Tampa Street, Suite 2600
Tampa, FL 33602-5810

Anne E van den Berg +
Marchena & Graham
976 Lake Baldwin Lane
Orlando, FL 32814-6687

Brian W Hockett +
Thompson Coburn, LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, MO 63101-1693

Matthew A Olins +
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433

Martin J Champagne Jr+
Champagne Law Firm, LLC
1626 North Washington Street
Denver, CO 80203-1407

Matthew E. W. Bryant +
Pennington, P.A.
215 South Monroe Street, Suite 200
Tallahassee, FL 32301-1852

Shanna M Kaminski +
Varnum LLP
160 W Fort Street, 5th Floor
Detroit, MI 48226-3700

Brittany L Hynes +
Tripp Scott, P.A.
110 SE 6th Street, Suite 1500
Fort Lauderdale, FL 33301-5039

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Priority Payment Systems LLC
2001 Westside Parkway, Suite 155
Attention: General Counsel
Alpharetta, GA 30004

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Commercial Fleet Capital LLC

(u)Courtney Leasing, Inc.

(u)Mike Albert LTD

(u)Tarpon Point Property Owners Association,

(u)Twins Towing, LLC

(u)Yellowstone Capital, LLC

(d)5757 South Semoran Blvd., LLC
PO Box 621115
Orlando, FL 32862-1115

(d)ACT Leasing, Inc.
c/o Patrick M. Mosley
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

(d)AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

(d)AMERICAN EXPRESS NATIONAL BANK
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

(u)Adams County Clerk

(u)Fast Track Collison Center
4820 Forest St.
38094.23, CO 80216

(d)Johnston Law, PLLC
c/o Richard Johnston, Jr.
7370 College Parkway, Suite 207
Fort Myers, FL 33907-5558

(u)PDA

(d)Par Land Development
1186 South St.
Suffield, CT 06078-2520

(u)Philadelphia Indemnity Insurance Company

(d)Western Environmental, LLC
15600 East 19th Ave., Suite C
Aurora, CO 80011-4632

End of Label Matrix
Mailable recipients    193
Bypassed recipients     17
Total                  210